UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel C. Smith<br>　　　　　　　　　　Debtor(s) | |
| Toyota Motor Credit Corporation<br>　　　　　　　　　　Movant<br>　　　v.<br>Daniel C. Smith<br>　　　　　　　　　　Respondent<br>　　　　　　and<br>TCharles O. Zebley, Jr. Esq., Trustee<br>　　　　　　　　　　Additional Respondent | BK. NO. 17-23442 CMB<br><br>CHAPTER 7<br><br>**ENTERED BY DEFAULT** |

ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 25th day of October, 2017, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2012 TOYOTA TACOMA 4X, VIN: 5TFUU4EN0CX031942, , in a commercially reasonable manner.

　　　　　　　　　　　　　　　　　　　　　　　　　*Carlota M. Böhm* dms
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list:

　　FILED
　　10/25/17 10:42 am
　　CLERK
　　U.S. BANKRUPTCY
　　COURT - WDPA

Daniel C. Smith
190 Main Street - Apartment 1
Adamsburg, PA 15611

Jerry Purcell Esq.
P.O. Box 429
Champion, PA 15622
jerryjpurcell@yahoo.com

Charles O. Zebley, Jr. Esq.
P.O. Box 2124
Uniontown, PA 15401
coz@zeblaw.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-23442-CMB
Daniel C. Smith                                                         Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Oct 25, 2017
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db             Daniel C. Smith,    190 Main Street - Apt. 1,    Adamsburg, PA   15611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
              Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jerry Purcell    on behalf of Debtor Daniel C. Smith jerryjpurcell@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                              TOTAL: 4